The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| ARCON GC, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>KCL EXCAVATING, INC.; and WESTERN NATIONAL ASSURANCE COMPANY,<br><br>       Defendants. | Cause No. 2:23−cv−01720−JLR<br><br>**STIPULATED MOTION AND [** ~~**PROPOSED**~~ **] ORDER TO EXTEND TIME FOR WESTERN NATIONAL ASSURANCE COMPANY TO RESPOND TO COMPLAINT** |

**STIPULATION**

  Defendant Western National Assurance Company ("Western National") respectfully requests that the Court extend the time for Western National to respond to Plaintiff's Complaint by fourteen (14) days. Plaintiff consents to Western National's motion as indicated by the signature below of its counsel of record. This stipulated extension would continue Western National's response date to November 30, 2023. The proposed extension is made to allow Western National sufficient time to prepare and respond to Plaintiff's Complaint.

  Western National and Plaintiff hereby stipulate Western National shall have additional time through and including November 30, 2023 to answer or otherwise respond to Plaintiff's Complaint.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT – 1
USDC WD WA/SEA CAUSE NO. 2:23−cv−01720−JLR

DATED this 20th day of November, 2023.

MILLER NASH LLP

By: *s/ Tristan Swanson*
Tristan Swanson, WSBA No. 41934
Email: Tristan.swanson@millernash.com
605 5th Ave. S., Suite 900
Seattle, WA 98104
Telephone: (206) 624-8300
Fax: (206) 340-0599
*Attorney for Plaintiff*


SOHA & LANG, P.S.

By: *s/ Geoffrey Bedel*
Geoffrey Bedell, WSBA # 28837
By: *s/ Rachel A. Rubin*
Rachel A. Rubin, WSBA# 48971
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2570
Email: bedell@sohalang.com
Email: rubin@sohalang.com
Telephone: 206-624-1800
Facsimile: 206-624-3585
*Attorneys for Defendant Western National Assurance Company*

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. Defendant Western National Assurance Company shall have up to and including November 30, 2023, to answer or otherwise respond to the Complaint.

DATED this 20th day of November, 2023

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE