**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 26, 2024

King County Superior Court
516 Third Avenue E609
SEATTLE, WA 98104

RE: *Arcon GC LLC v. KCL Excavating Inc et al*
Case #2:23–cv–01720–JLR

Dear Clerk:

Please find enclosed the certified copy of Judge James L. Robart's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 23–2–19752–6

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Samantha Spraker,
*Deputy Clerk*

Enclosures