**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 26, 2024

King County Superior Court
516 Third Avenue E609
SEATTLE, WA 98104

RE: *Arcon GC LLC v. KCL Excavating Inc et al*
Case #2:23–cv–01720–JLR

Dear Clerk:

Please find enclosed the certified copy of Judge James L. Robart's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 23–2–19752–6

*Assigned to Judge*:_____

*Completed by Deputy Clerk*:_____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Samantha Spraker,
*Deputy Clerk*

Enclosures

RECEIVED
KING COUNTY WASHINGTON
FEB - 1 2024
DEPARTMENT OF
JUDICIAL ADMINISTRATION

FILED
LODGED
RECEIVED
MAIL

FEB 05 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SEATTLE WA 980
2 FEB 2024 PM 2 L

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES